Defendants. Henry C. Rose, Appellant. (Actions 1 and 2.) (Appeal No. 1.)— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Catherine Mara, Plaintiff, v. Lebanon Terrace Builders, Inc., and Others, Defendants. Henry C. Rose, Appellant. (Actions 1 and 2.) John E. L. Beals, Plaintiff, v. Lebanon Terrace Builders, Inc., and Others, Defendants. Henry C. Rose, Appellant. (Actions 1 and 2.) (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

George Masset, Appellant, v. Clara Ruh, Respondent.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

George Masset, Appellant, v. Clara Ruh, Respondent.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present— Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

James McCabe, Respondent, v. Turner & Blanchard, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted to enable appellant to apply to the Court of Appeals for leave to appeal to that court. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

New York, Ontario and Western Railway Company, Respondent, v. Morton C. Griffin, Appellant.— Motion for stay granted, and stay continued pending appeal to the Court of Appeals, on condition that defendant appellant give an undertaking, with surety, in the sum of $2,500, and also furnish the plaintiff respondent with a verified statement every two weeks, beginning August 1, 1922, of the number of through passengers carried between Middletown, Monticello and Liberty in both directions. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice.

Edward Pearson, an Infant, by Gustav E. Pearson, His Guardian ad Litem, Respondent, v. Samuel Rosenblum, Appellant, Impleaded with Another, Defendant.— Motion by the sheriff to resettle order granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Edward Pearson, an Infant, by Gustav E. Pearson, His Guardian ad Litem, Respondent, v. Samuel Rosenblum, Appellant, Impleaded with Another, Defendant.— Motion by the plaintiff's attorneys to resettle order denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

The Peele Company, Respondent, v. Joseph Raskin and Safety Door and Gate Company, Appellants.— Motion for stay denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Peppard Realty Company, Inc., Respondent, v. Emil F. Emdon, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Peppard Realty Company, Inc., Respondent, v. Emil F. Emdon, Appellant.— Motion for stay pending appeal granted, without costs, upon condition that appellant, within five days after service of order and notice of entry thereof, shall file with the clerk of the court a written undertaking in the sum of $3,000, with corporate surety, to be approved by a justice of this court, to the effect that